THE UNITED STATES OF AMERICA, Respondent, *v.* JOHN G. PAVEK et al., Appellants.

*United States of America* v. *Pavek,* 125 App. Div. 908, affirmed.
(Argued October 2, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 13, 1908, which affirmed an order of Special Term

confirming the report of commissioners of appraisal in condemnation proceedings.

*Truman H. Baldwin* and *Howard Thornton* for appellants.

*Henry Bacon* and *Henry L. Stimson* for respondent.

Order affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.